IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| BERNICE SHANDY, | Civ. No. 6:21-cv-00515-AA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MAHADEV, LLC; BHARAT PATEL, | |
| Defendants. | |

AIKEN, District Judge.

Based on the joint motion of the parties, and for the reasons set forth in the accompanying Order, this case is DISMISSED with prejudice and without costs, disbursements, or attorney fees.

It is so ORDERED and DATED this ___4th___ day of October 2021.

       /s/Ann Aiken
       ANN AIKEN
       United States District Judge